732 A.2d 505

IN THE MATTER OF HARVEY H. GILBERT,
AN ATTORNEY AT LAW.

July 16, 1999.

### ORDER

The Disciplinary Review Board on December 22, 1998, having filed with the Court its decision concluding that **HARVEY H. GILBERT** of **MORRISTOWN**, who was admitted to the bar of this State in 1971, should be suspended from the practice of law for a period of three months for violating *RPC* 1.15(b) (failure to deliver funds promptly to third person) and *RPC* 4.4 (failure to respect rights of third person), and good cause appearing;

It is ORDERED that **HARVEY H. GILBERT** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 11, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.